IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

SEP 03 2004

CHRISTOPHER DeSALVO,  )
                      )
    Plaintiff,        )
                      )
vs.                   )    No. _04-L-960_
                      )
THE CITY OF COLLINSVILLE, )
ILLINOIS, a body corporate and )
politic, and MARK KRUG, )
                      )
    Defendants.       )

04-718- MJR

## COMPLAINT

### COUNT I

### Damages Against Collinsville Illinois Police Officer Mark Krug

Now comes the plaintiff, CHRISTOPHER DeSALVO, by his attorney, WILLIAM D. STIEHL, JR., and for Count I of his Complaint against defendant Collinsville, Illinois Police Officer Mark Krug, states as follows:

1. Plaintiff is a resident of Orland Park, Illinois.

2. At all times relevant hereto defendant was a police officer employed by the City of Collinsville, Illinois, a body corporate and politic located within the County of Madison, Illinois, and created under the laws of the State of Illinois.

3. On or about September 6, 2003, plaintiff was lawfully on the premises of the Collinsville Holiday Inn Motel, located at 1000 Eastport Plaza, Collinsville, Madison County, Illinois.

4. At said time and place, defendant, Collinsville Illinois Police Officer Mark Krug ("Krug"), wearing the uniform of the Collinsville, Illinois Municipal Police



Department and acting under color of State law arrested plaintiff and without cause or provocation acted in an unreasonable manner and caused great bodily harm to the plaintiff by using a Taser stun gun on the plaintiff, causing him to receive an electrical charge of 50,000 volts and thereby causing him to receive an electrical shock which greatly injured the plaintiff.

5. Said actions by defendant, Krug, deprived plaintiff of the following rights guaranteed to him under the Constitution of the United States of America:

    (a)    Deprived him of the right to be free from unreasonable search and seizure of his person guaranteed under the Fourth and Fourteenth Amendments of the United States Constitution.

    (b)    Deprived him of the right to be free from cruel and unusual punishment guaranteed under the Eighth and Fourteenth Amendments to the United States Constitution.

    (c)    Deprived him of the right to be free of physical harm and to be free of the deprivation of his liberty without due process of law as guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution.

6. Said actions by defendant, Krug, were in violation of Section 42 U.S.C., Section 1983.

7. As a direct and proximate result of the actions of defendant, Krug, as aforesaid, plaintiff was injured in that he suffered electrical shock and was burned and incurred monetary damages in an effort to obtain medical treatment for his injuries.

8. Plaintiff has incurred and will continue to incur reasonable attorney's fees in obtaining redress of said deprivation of his Constitutional and statutory rights.

WHEREFORE, plaintiff, CHRISTOPHER DeSALVO, prays judgment in his favor and against defendant, Collinsville, Illinois Police Officer Mark Krug, in an amount

in excess of Fifty Thousand Dollars ($50,000.00), plus costs, plus attorney's fees, together with such other and further relief as the Court may deem just.

## COUNT II

### Damages Against City of Collinsville, Illinois

Now comes the plaintiff, CHRISTOPHER DeSALVO, by his attorney, William D. Stiehl, Jr., and for Count II of his Complaint against defendant, CITY OF COLLINSVILLE, ILLINOIS, states as follows:

1. Plaintiff is a resident of Orland Park, Illinois.

2. At all times relevant hereto, defendant, CITY OF ACOLLINSVILLE, ILLINOIS, was and is a body corporate and politic located within Madison County, Illinois, and created under the laws of the State of Illinois.

3. At all times relevant hereto defendant, Mark Krug, was a police officer employed by defendant City of Collinsville, Illinois.

4. On or about September 6, 2003, plaintiff was lawfully on the premises of the Collinsville Holiday Inn Motel, located at 1000 Eastport Plaza, Collinsville, Madison County, Illinois.

5. At said time and place defendant Mark Krug, wearing the uniform of the defendant Collinsville Illinois Municipal Police Department acting under color of State law arrested plaintiff and without cause or provocation acted in an unreasonable manner and caused great bodily harm to the plaintiff by using a Taser stun gun on the plaintiff, causing him to receive an electrical charge of 50,000 volts, thereby causing him to receive an electrical shock which greatly injured the plaintiff.

6. Said actions by defendant, Officer Mark Krug, deprived plaintiff of the following rights guaranteed to him under the Constitution of the United States of America:

(a) Deprived him of the right to be free from unreasonable search and seizure of his person guaranteed under the Fourth and Fourteenth Amendments to the United States Constitution.

(b) Deprived him of the right to be free from cruel and unusual punishment guaranteed under the Eighth and Fourteenth Amendments to the United States Constitution.

(c) Deprived him of the right to be free of physical harm and to be free of the deprivation of his liberty without due process of law as guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution.

7. Said actions by defendant, Officer Mark Krug, were in violation of 42 U.S.C., Section 1983.

8. At all times relevant hereto, the actions of defendant, Officer Mark Krug, were under color of State law under a regulation, custom or policy, of a political subdivision of the State of Illinois, namely, the City of Collinsville, Illinois, said policy being to authorize its police officers, including defendant, Officer Mark Krug, to use a Taser electrical stun gun against members of the public, including plaintiff, in an unreasonable manner and without cause or provocation.

9. As a direct and proximate result of the actions of defendant, CITY OF COLLINSVILLE, ILLINOIS, as set forth above, plaintiff was injured in that he suffered electrical shock and was burned and incurred monetary damages in an effort to obtain medical treatment for his injuries.

10. Plaintiff has incurred and will continue to incur reasonable attorney's fees in obtaining redress of said deprivation of his constitutional and statutory rights.

WHEREFORE, plaintiff, CHRISTOPHER DeSALVO, prays judgment in his favor and against defendant, CITY OF COLLINSVILLE, ILLINOIS, in an amount in excess of Fifty Thousand Dollars ($50,000.00), plus costs, plus attorney's fees, together with such other and further relief as the Court may deem just.

WIMMER AND STIEHL

BY:_____

WILLIAM D. STIEHL, JR. - #2736209
Attorney for Plaintiff, Chris DeSalvo
2 Park Place Professional Centre
Belleville, IL 62226
618-234-9900

IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

SEP 03 2004

CLERK OF CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON

| | | |
|---|---|---|
| CHRISTOPHER DeSALVO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. _____ |
| | ) | |
| THE CITY OF COLLINSVILLE, | ) | |
| ILLINOIS, a body corporate and | ) | |
| Politic, and MARK KRUG, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT PURSUANT TO
## ILLINOIS SUPREME COURT RULE 222(b)

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | )  ss· |
| COUNTY OF ST. CLAIR | ) |

WILLIAM D. STIEHL, JR., being first duly sworn on his oath, deposes and states:

1. I am an attorney licensed to practice in the State of Illinois, and I represent plaintiff, CHRISTOPHER DeSALVO, in his claim against the defendants, THE CITY OF COLLINSVILLE, ILLINOIS, and MARK KRUG.

2. Plaintiff seeks money damages in this matter in an amount exceeding Fifty Thousand Dollars ($50,000.00).

WILLIAM D. STIEHL, JR. - #2736209
Attorney for Plaintiff
2 Park Place Professional Centre
Belleville, IL 62226
618-234-9900

SUBSCRIBED AND SWORN to before me, a Notary Public, this _____ day of September, 2004.

NOTARY PUBLIC

"OFFICIAL SEAL"
KAY A. KETTLER
NOTARY PUBLIC—STATE OF ILLINOIS
MY COMMISSION EXPIRES JULY 30, 2006