IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER DESALVO,                    )
                                        )
     Plaintiff,                       )
                                        )
     v.                               )          Case No.: 3:04-cv-718-MJR
                                        )
CITY OF COLLINSVILLE, IL and MARK       )
KRUG,                                   )
                                        )
     Defendants.                      )

**ORDER**

This matter is before the Court on the Motion to Continue the Settlement Conference filed by the Defendants, the City of Collinsville, IL and Mark Krug, on September 14, 2005 (Doc. 28).  The motion is **GRANTED**.  The Defendants have indicated that a settlement conference in this matter will be futile.  The plaintiff has indicated to the Court that he has no objection to the cancelling of the settlement conference.  While settlement conferences are mandatory in this district, see Local Rule 16.(a), a futile conference would be a waste of judicial resources.  Therefore, at the Defendants' request, the settlement conference scheduled for September 19, 2005 at 9:00 a.m. is hereby **CANCELLED**.  In the event that circumstances change and a settlement conference would no longer be futile, the parties are instructed to contact chambers.

**DATED: September 14, 2005**

**s/ Donald G. Wilkerson**
**DONALD G. WILKERSON**
**United States Magistrate Judge**

1